Andre Nesbit
3756 W Avenue 40
Suite K, #223
Los Angeles, CA, 90065-3666
773-848-5295
anesbit91@gmail.com

FILED
07/31/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT

OF

SOUTHERN INDIANA

| | |
|---|---|
| ANDRE NESBIT<br>Plaintiff,<br>vs.<br>The City of Indianapolis, Speedway LLC<br>Defendants, | Case No.: 1:23-cv-00702-JRS-MKK<br><br>Reply in Support of the Plaintiffś Motion for Default Judgment |

Plaintiff, Andre Nesbit, submits the following Reply to the Defendantś, The City of Indianapolis, Opposition to Plaintiffś motion for Default Judgment.

## A. LEGAL AUTHORITY

**Eitel v. McCool, 782 F.2d 1470, 1471–72 (9th Cir. 1986)**: (1) the possibility of prejudice to the plaintiff, (2) the merits of plaintiff's substantive claim, (3) the sufficiency of the complaint, (4) the sum of money at stake in the action, (5) the possibility of a dispute concerning material facts, (6) whether the default was due to excusable neglect, and (7) the strong policy underlying the [FRCP] favoring decisions on the merits.

## B. BACKGROUND

The defendants were served the Complaint on 6/30/2023 pursuant to Rule 5 of the Rules of Civil Procedure.

The Defendants have failed to plead or otherwise defend against the plaintiffś Complaint in 21 days pursuant to Rule 12 of the rules of Civil Procedure.

## C. The possibility of prejudice to the plaintiff

If the default judgment is not entered, it would prejudice the plaintiff. The defendant had an adequate amount of time to respond and the court has not granted either Defendant an extension of time.

Additionally, the defendant is stating that the order granting the plaintiff Leave to file a second Amended Complaint also somehow extends the time for an answer. This is not true.

An attorney cannot deputize himself, through his own interpretation, to grant himself an extension of time without an order from the presiding judge. No order has been granted. Additionally, the court has not granted the Defendant́s motion to screen the complaint, for the Defendants motion is deficient in many ways.

Therefore, the defendants are in violation of the rules. They **ONLY** have 21 days to respond to the complaint without Leave from court.

**D. The merits of plaintiff's substantive claim**

All allegations or facts in the plaintiff́s Amended complaint are deemed to be true. Additionally, the plaintiff has filed a supporting Declaration and Exhibit List.

**E. The Sum of Money at Stake in the Action**

The amount of money at stake is a fair amount of money. Additionally, The nature of this case with punitive damages.

The amount of money at stake is compensatory in nature for the damages sustained by the plaintiff. Additionally, this is an amount of money the Defendants will be able to pay.

**F The Defendant has not Disputed any material facts**

The Defendants have not disputed any material facts. Neither Defendant has filed a responsive pleading.

**G. Whether the default was due to excusable neglect**

Both Parties have appeared in this case and have had over 21 one days to respond and have done so with no excuse, only their **WILLFUL** neglect.

**H. (7) The strong policy underlying the [FRCP] favoring decisions on the merits.**

The merits of the plaintiffś well pleaded complaint are strong and have not been disputed.

The defendant has not denied any allegations. Thus, they committed the act.

**I. Screening**

There is no statute that states the court has a duty to screen, but in any case, a screening does not affect any deadlines unless (i) the complaint was dismissed or (ii) the Defendantś receives Leave from court.

Neither has occurred in this case.

**Conclusion**

For all the foregoing reasons and supporting facts and authorities, it is respectfully requested that the Court: (i) to GRANT the Plaintiff's Motion for a Default Judgment against The City of Indianapolis and Speedway, LLC and (ii) Deny any requests for an extension of time.

Dated: July 27th, 2023

Respectfully Submitted

*Andre Nesbit*

Attorney Name

CERTIFICATE OF ELECTRONIC SERVICE

I certify that this Reply in Support of the Plaintiffś Motion for Default Judgment was sent to each person, The City of Indianapolis and Speedway LLC by electronic service to attorneys Haley Johnston and Thomas L. Davis at their respective email addresses: hjohnston@fbtlaw.com and tdavis@fbtlaw.com; and Jessica Reagan Gastineau and Michael Brian Coppinger , II at their respective email addresses: jess.gastineau2@indy.gov and brian.coppinger2@indy.gov.

Dated: July 31st, 2023

Respectfully Submitted

Andre Nesbit

Attorney Name